IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50433
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARTHA VALDEZ-MORALES,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-98-CR-961-1-F
- - - - - - - - - -
April 6, 2000

Before KING, Chief Judge, and SMITH and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Martha Valdez-Morales appeals her conviction for importation of marijuana.  Valdez-Morales argues that the district court erred in denying her motion for a judgment of acquittal on the basis that the evidence failed to show that she intentionally and knowingly imported marijuana into the United States.  We have reviewed the record and the briefs and hold that the evidence of the events at the border was sufficient for a reasonable jury to

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

find Valdez-Morales guilty beyond a reasonable doubt. See United States v. Lopez, 74 F.3d 575, 577 (5th Cir. 1996).

AFFIRMED.